THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER BOOZE & ZARCONE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com

*Attorneys for Geico Advantage Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELAD SHTAVINSKI,<br><br>　　　　Plaintiff,<br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, DOE DEFENDANTS 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive;<br><br>　　　　Defendants. | CASE NO.: 2:20-cv-02226-JCM-BNW |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER**
**(FIRST REQUEST)**

Plaintiff ELAD SHTAVINSKI, by and through his counsel of record, KEVIN M. JOHNSON of COHEN-JOHNSON, LLC, and Defendant GEICO ADVANTAGE INSURANCE COMPANY, by and through its counsel of record, WINNER BOOZE & ZARCONE, hereby stiuplate and agree to extend the time for filing the Pretrial Order, originally due May 4, 2022 to July 22, 2022. This is the parties first stipulation for extension of time to file the Pretrial Order.

The parties hereby agree to extend the time to file the Pretrial Order because the parties are attending private mediation with Greg Hafen, Esq., on June 24, 2022. The parties are optimistic that all claims will be resolved at mediation on June 24th. However, should the parties

need to file the Pretrial Order, the new deadline of July 22nd affords the parties time to meet and confer regarding the content of the Pretrial Order and the needed motions in limine as provided in LR 16-3. All discovery has been completed, and this matter has not been set for trial, so the additional time to attend mediation and to meet and confer should this matter not resolve at mediation will not delay trial or any other deadline established by this Honorable Court. The parties believe good cause is demonstrated by the recited facts and in support of the extension.

DATED this 27th day of April 2022

WINNER BOOZE & ZARCONE

*/s/ Lara L. Miller*
THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for GEICO*

DATED this 27th day of April 2022.

COHEN-JOHNSON, LLC.

*/s/ Kevin M. Johnson*
H. STAN JOHNSON
Nevada Bar No. 00265
KEVIN M. JOHNSON
Nevada Bar No. 14551
375 East Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 10:55 pm, April 28, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**